UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DENNIS WAYNE PLEMMONS,
Institutional ID No. 02397707

Plaintiff,

v.

No. 1:23-CV-00212-H

CHIMDI AKWITTI, *et al.*,

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made thorough findings, conclusions, and recommendations (FCR) that the Court grant Defendants' motion for summary judgment and dismiss Plaintiff's complaint and all remaining claims based on qualified immunity. Dkt. No. 30.    Plaintiff filed objections. Dkt. Nos. 32, 33.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1).  In contrast, the district judge reviews any unobjected-to findings, conclusions, and recommendations for plain error. The Court has examined the record and reviewed the unobjected-to portions of the FCR for plain error and, finding none, expressly accepts and adopts those portions of the Magistrate Judge's findings, conclusions, and recommendation.

Additionally, in light of Plaintiff's objections, the Court has conducted a de novo review of the relevant portions of the FCR and the record in this case.  Plaintiff did not respond to Defendants' motion for summary judgment.  Now, Plaintiff objects to the Magistrate Judge's conclusion that the motion should be granted, but he does not

specifically object to any of the Magistrate Judge's reasoning. He insists that he is entitled to a jury trial, and that the defendants should not benefit from qualified immunity. Dkt. Nos. 32, 33. But he fails to point to any error in the Magistrate Judge's analysis. He has not identified any case in which an officer acting under similar circumstances to the defendants was held to violate the constitution. The Court finds that Plaintiff's general, unsupported objections do not warrant revisiting, modifying, or rejecting the FCR.

Thus, the objections are overruled, and the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. As a result, Defendants' motion for summary judgment, Dkt. No. 25, is granted, and Plaintiff's complaint and all claims asserted within it are dismissed with prejudice.

All relief not expressly granted is denied, and any other pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated April 21, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge